NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000664
28-JUN-2018
09:53 AM

NO. CAAP-17-0000664

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
THADDEUS M. LUSTER, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(HONOLULU DIVISION)
(CASE NO. 1DTA-15-05236)

AMENDED ORDER OF CORRECTION
(By: Leonard, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order of the Court filed on June 8, 2018, is hereby corrected at page 4 to include the continuation of footnote 4 from page 3, as follows:

[4](...continued)
custodial interrogation by the officers, is without merit.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, June 28, 2018.

FOR THE COURT:

Associate Judge

---

[1] Ginoza, Chief Judge, Fujise and Leonard, JJ.